United States District Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATALIE VELLEGAS | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:23CV0043 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 18). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next sixty days.

SIGNED at Houston, Texas, this ___26th___ day of June 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE